# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand seventeen.

Before:     Ralph K. Winter,
                *Circuit Judge.*

_____

United States of America,

      Appellee,

v.

Gaurav Mehta, Mary Opoka, Isha Mehta,

      Defendants - Appellants.

_____

**ORDER**

Docket Nos. 16-2585(L),
16-2598(Con.), 16-2606(Con.)

Appellant Isha Mehta filed an unopposed motion for an extension of the time to file her brief, from May 16, 2017, to May 26, 2017.

     IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

